**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>NOVINDA CORP.,<br>EIN: 33-1050817<br><br><br>Debtor. | Case No. 16-13083-EEB<br><br>Chapter 11 |

**NOTICE OF PLAN EFFECTIVE DATE**

The Debtor hereby gives notice of the following:

1. <u>Confirmation of Plan.</u>  On January 12, 2017, the Debtor filed its *Second Amended Chapter 11 Plan of Liquidation* (the "**Plan**") [Docket No. 335].[1]  On January 20, 2017, the United States Bankruptcy Court for the District of Colorado entered its Order confirming the Second Amended Plan of Reorganization ("**Confirmation Order**") [Docket No. 341].

2. <u>Effective Date.</u>  All conditions to the effectiveness of the Plan have been satisfied. The Effective Date of the Plan is **February 6, 2017**.

3. <u>Plan Administrator.</u>  Pursuant to Section 8.03 of the confirmed Plan, as of the Effective Date, Thomas M. Kim, Founder and Managing Director of r2 advisors, llc is appointed the Plan Administrator.

4. <u>Final Professional Fee Application.</u>  Pursuant to Section 3.02 of the confirmed Plan, all Professionals seeking payment of professional fees or reimbursement of expenses incurred through and including the Effective Date shall have until **March 23, 2017** to file a final fee application with the Court.

5. <u>Administrative Expense Claims Bar Date.</u>  Pursuant to Section 3.01 of the confirmed Plan, the deadline for filing an Administrative Expense Claim (other than Professional Fees claims) is **March 6, 2017**.

6. <u>Rejection Damages Bar Date.</u>  Pursuant to Article VII of the confirmed Plan, all executory contracts and unexpired leases that exist between any of the Debtors and any party that have not been previously assumed pursuant to an order of the Bankruptcy Court were deemed rejected on the Effective Date.  With respect to Claims arising from the rejection of executory contracts or unexpired leases pursuant to Article VII of the confirmed plan, the bar date to file Proofs of Claim in this Case shall be reopened until **March 6, 2017**.

---

[1] All terms not defined herein shall have the meaning set forth in the Plan.

If you would like a copy of the Confirmation Order you may contact the undersigned and request one.

DATED: February 6, 2017.

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

*s/ Joshua M. Hantman*
Michael J. Pankow, #21212
Joshua M. Hantman, #42010
Samuel M. Kidder, #49125
410 17th Street, Suite 2200
Denver, CO 80202-4432
Tel: (303) 223-1100
Fax: (303) 223-1111
mpankow@bhfs.com
jhantman@bhfs.com
skidder@bhfs.com

*Attorneys for the Debtor*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 6th day of February, 2017, a true and correct copy of the foregoing **NOTICE OF PLAN EFFECTIVE DATE** was sent via first class U.S. mail, postage prepaid and addressed to all parties in interest listed on Court's Creditor Address Mailing Matrix attached hereto for this case which was obtained from Pacer on February 6, 2017.

*s/Sheila M. Grisham*
Sheila M. Grisham

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 16-13083-EEB<br>District of Colorado<br>Denver<br>Mon Feb  6 09:29:36 MST 2017 | ADA Technologies, Inc.<br>8100 Shaffer Parkway, Suite 130<br>Littleton, CO 80127-4124 | ADA Technologies, Inc.<br>Attn Nada Austin<br>8100 Shaffer Parkway, Suite 130<br>Littleton, CO 80127-4124 |
| AMCOL International Corporation<br>622 Third Ave., 38th Floor<br>New York, NY 10017-6729 | Aduro Accounting and Consulting LLC<br>Attn Cliff Bast<br>PO Box 102001<br>Denver, CO 80250-2001 | Donald D. Allen<br>1700 Lincoln St.<br>Ste. 4550<br>Denver, CO 80203-4509 |
| Allied Bulk<br>Attn Dennis Luber<br>11817 Sunlind Drive<br>Saint Louis, MO 63127-1657 | Altira Technology Fund V L.P.<br>1675 Broadway, #2400<br>Denver, CO 80202-4683 | Altira Technology Fund V LP<br>c/o Markus Williams Young & Zimmermann<br>Donald D. Allen<br>1700 Lincoln Street, Suite 4550<br>Denver, CO 80203-4509 |
| Ameri-Co<br>Colloid Environmental Technologies Compa<br>622 Third Avenue, 38th Floor, New York,<br>New York, NY 10017-6707 | Anabliss<br>4055 Tejon St Unit 203<br>Denver, CO 80211-2254 | Andrew Garman, Individually<br>c/o Markus Williams Young & Zimmermann<br>Donald D. Allen<br>1700 Lincoln Street, Suite 4550<br>Denver, CO 80203-4509 |
| Apogee Scientific, Inc.<br>2895 W Oxford Ave, Suite 1<br>Englewood, CO 80110-4370 | Big Rivers Electric Corporation<br>Attn Robert Toerne<br>201 Third Street<br>Henderson, KY 42420-2979 | Black Hills Power, Inc.<br>Attn Corey Beyer<br>625 Ninth Street<br>Rapid City, SD 57701-2601 |
| Aaron Boschee<br>1801 California St.<br>Ste. 4900<br>Denver, CO 80202-2613 | Brandon Kibler<br>4101 W. 42nd Ave.<br>Denver, CO 80212-2311 | CB&I Environmental & Infrastructure, Inc.<br>4171 Essen lane<br>Baton Rouge, LA 70809-2157 |
| CBI Environmental & Infrastructure, Inc.<br>Attn Randall Moore<br>2526 Westcott Blvd.<br>Knoxville, TN 37931-3100 | CETCO<br>Colloid Environmental Technologies Co.<br>622 Third Avenue, 38th Floor, New York,<br>New York, NY 10017-6707 | CH2M Hill<br>PO Box 201869<br>Dallas, TX 75320-1869 |
| CT Corporation<br>PO Box 4349<br>Carol Stream, IL 60197-4349 | City and County of Denver/Treasury<br>Attn: Karen Katros, Bankruptcy Analyst<br>201 W. Colfax Ave., Department 1001<br>Denver, CO 80202-5332 | Cliff Brown<br>9586 W Victoria Dr.<br>Littleton, CO 80128-7301 |
| Colloid Environmental Technologies Company<br>Mineral Technologies Inc.<br>Attn Jon Hastings<br>622 Third Avenue, 38th Floor<br>New York, NY 10017-6729 | Colorado Department Of Revenue<br>1375 Sherman St.<br>Room 504<br>Attention Bankruptcy Unit<br>Denver CO 80261-3000 | Colorado Department of Revenue<br>Executive Director<br>1375 Sherman St.<br>Denver, CO 80261-0013 |
| Colorado Office of the Attorney General<br>Colorado Department of Law<br>Ralph L. Carr Judicial Building<br>1300 Broadway, 10th Floor<br>Denver, CO 80203-2104 | Colorado Secretary of State<br>1700 Broadway, Suite 200<br>Denver, CO 80290-1701 | Conrad Shillingburg<br>3035 Oscola St.<br>Denver, CO 80212-1440 |

| | | |
|---|---|---|
| Delaware Secretary of State<br>401 Federal Street, Suite 4<br>Dover, DE 19901-3639 | Don S. Evans<br>8550 West Charleston, Suite 102-394<br>Las Vegas, NV 89117-9210 | Environmental Supply CO, Inc.<br>708 E Club Boulevard<br>Durham, NC 27704-4506 |
| Farmer and Betts<br>Attn Tref Farmer<br>8101 SW Nyberg Rd., Suite 217<br>Tualatin, OR 97062-9464 | FedEx<br>PO Box 94515<br>Palatine, IL 60094-4515 | Ryan B. Finkel<br>825 Eighth Ave.<br>New York, NY 10019-7416 |
| Fisher Scientific CO Attn: Gary Barnes<br>300 Industry Dr<br>Pittsburgh, PA 15275-1001 | GHP Horwath, P.C.<br>1801 California Street, Suite 2200<br>Denver, CO 80202-2635 | Jonathan T. Goodman<br>1740 Ridge Avenue<br>Suite 300<br>Evanston, IL 60201-5931 |
| Joshua M. Hantman<br>410 17th St.<br>Ste. 2200<br>Denver, CO 80202-4432 | Hull McKinnon, Individually<br>c/o Markus Williams Young & Zimmermann<br>Donald D. Allen<br>1700 Lincoln Street, Suite 4550<br>Denver, CO 80203-4509 | Hydrocarbon Engineering<br>Attn Brian Hurt<br>4770 Covert Ave, Suite 205<br>Evansville, IN 47714-5619 |
| IRS<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Industrial Accessories Company<br>Attention: Bill Berk, President<br>4800 Lamar Avenue<br>Mission, KS 66202-1775 | Industrial Accessories Company<br>P.O. Box 414178<br>Kansas City, KS 64141-4178 |
| Innovation Exhibits Inc.<br>PO Box 3198<br>Boardman, OH 44513-3198 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jay Crilley<br>441 Zehner School Road<br>Zelienople, PA 16063-2621 |
| Jim Butz<br>1831 S Harlan CR<br>Lakewood, CO 80232-7028 | Samuel M. Kidder<br>410 17th St., Ste. 2200<br>Denver, CO 80202-4432 | Kissick Industrial Sales & Solutions Headqua<br>Attn Bill Hoefer, Cindy Ohl,<br>Alan Upholster, Dean Ferrera, Royce Bill<br>130 Almshouse Road Suite 404C<br>Richboro, PA 18954-1130 |
| LBA Realty Fund III - Company III, LLC<br>c/o Moye White LLP, Timothy Swanson<br>1400 16th Street, Suite 600<br>Denver, CO 80202-1486 | LBA Realty Fund III-Company III, LLC<br>Attn Lease Administrator<br>999 18th Street, Suite 210<br>Denver, CO 80202-2499 | Manager of Finance<br>City and County of Denver<br>Treasury Division<br>PO Box 17420<br>Denver, CO 80217-0420 |
| James T. Markus<br>1700 Lincoln St.<br>Ste. 4550<br>Denver, CO 80203-4509 | G. Christopher Meyer<br>8956 Huntington Pointe Dr.<br>Sarasota, FL 34238-3206 | Michael Rosenberg<br>75 Golden Eagle Lane<br>Littleton, CO 80127-5751 |
| Michael Rosenberg<br>999 18th Street, Suite 1755<br>Denver, CO 80202-2485 | Mike Meany<br>1210 Gull Road<br>Fairbanks, AK 99712-1262 | Peter R. Morrison<br>4900 Key Tower, 127 Public Square<br>Cleveland, OH 44114 |

| | | |
|---|---|---|
| Paul Moss<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | NV PARTNERS IV LP<br>c/o Markus Williams Young & Zimmermann<br>Donald D. Allen<br>1700 Lincoln Street, Suite 4550<br>Denver, CO 80203-4509 | NV PARTNERS IV-C LP<br>c/o Markus Williams Young & Zimmermann<br>Donald D. Allen<br>1700 Lincoln Street, Suite 4550<br>Denver, CO 80203-4509 |
| NV Partners IV LP<br>430 Mountain Ave.<br>New Providence, NJ 07974-2761 | NV Partners IV-C LP<br>430 Mountain Ave.<br>New Providence, NJ 07974-2761 | Nano Characterization Facility<br>University of Colorado<br>Campus Box 425<br>Boulder, CO 80309-0001 |
| Nitrofill, Inc.<br>Attn Dan Brancaccio<br>3750 Park Central Blvd<br>North Pompano Beach, FL 33064-2225 | Norco Inc.<br>811 Edwards St<br>Gillette, WY 82718-6401 | North Star Inc.<br>451 E. 58th Ave., #4263<br>Denver, CO 80216-8407 |
| Novinda Corp.<br>11149 Bradford Road<br>Littleton, CO 80127-4200 | Ohio Lumex<br>9263 Ravenna Rd<br>Unit A-3<br>Twinsburg, OH 44087-2450 | PTS Power<br>Attn Scott Baumann<br>860 Mark Avenue<br>Lake Elmo, MN 55042-7603 |
| PTS Power Michigan<br>Attn Mike Orginski<br>10000 Stinchfield Rd.<br>Pinckney, MI 48169-9452 | Peliton Insurance Broker<br>4600 S Ulster St #1400<br>Denver, CO 80237-2850 | Peter Downing / Spark<br>961 S. Corona<br>Denver, CO 80209-4411 |
| Quill<br>PO Box 37600<br>Philadelphia, PA 19101-0600 | R2 Advisors, LLC<br>1350 17th Street<br>Suite 206<br>Denver, CO 80202-1525 | Ray Engineering<br>Attn Bill Ray, Marlon Leavitt,<br>Todd Ray<br>1 Park Drive Unit #15<br>Westford, MA 01886-3535 |
| Ready Talk<br>PO Box 975375<br>Dallas, TX 75397-5375 | Steven R. Rider<br>1700 Lincoln St.<br>Ste. 4550<br>Denver, CO 80203-4509 | SGS North America<br>PO Box 2502<br>Carol Stream, IL 60132-2502 |
| Jennifer M Salisbury<br>1700 Lincoln St<br>Ste., 4550<br>Denver, CO 80203-4509 | Scott R. Saltzman<br>425 S. Cherry St.<br>Ste. 620<br>Denver, CO 80246-1233 | Securities and Exchange Commission<br>Central Regional Office<br>1961 Stout St. Ste. 1700<br>Denver, CO 80294-1700 |
| Securities and Exchange Commission<br>Midwest Regional Office<br>175 W. Jackson Blvd.<br>Ste. 900<br>Chicago IL 60604-2815 | Securities and Exchange Commission<br>Midwest Regional Office<br>500 W. Madison Street<br>Chicago, IL 60661-4544 | Security & Exchange Commission<br>Central Regional Office<br>1801 California St.<br>Ste. 1500<br>Denver CO 80202-2656 |
| Sherwood Partners, Inc.<br>Attn Michael Maidy<br>1100 La Avenida<br>Mountain View, CA 94043-1453 | Shred-it<br>1707 E. 58th Avenue<br>Denver, CO 80216-1505 | Daniel Slifkin<br>825 8th Ave.<br>New York, NY 10019-7416 |

| | | |
|---|---|---|
| Southern Research Institute<br>2000 Ninth Ave. South<br>Birmingham, AL 35205-2708 | Square 1 Bank<br>1899 Wynkoop Street, Suite 325<br>Denver, CO 80202-1003 | Steve Baloga<br>7533 Beaver Ridge Road<br>Knoxville, TX 37931-3302 |
| Sun Life Assurance Company of Canada<br>70 Precision Drive<br>Walton, KY 41094-7464 | (c)TIMOTHY M. SWANSON<br>1400 16TH ST STE 600<br>DENVER CO  80202-1486 | Synthesis Intellectual Property LLC<br>1740 Ridge Ave. #300<br>Evanston, IL 60201-5931 |
| The Mcilvaine Company<br>191 Waukegan Rd.<br>Suite 208<br>Northfield, IL 60093-2743 | The University of Utah<br>201 S. Presidents Circle<br>Room 406<br>Salt Lake City, UT 84112-9020 | Thomas Gale<br>10201 Royal Eagle Lane<br>Highlands Ranch, CO 80129-6282 |
| US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | University of Utah<br>Dawn Atterbury<br>201 Presidents Circle, Room 406<br>Salt Lake City, UT 84112-9020 | Waste Management<br>PO Box 78251<br>Phoenix, AZ 85062-8251 |
| Waste management - Bankruptcy Department<br>2625 W. Grandview Rd. Ste.150<br>Phoenix, AZ 85023-3109 | World Arena Events<br>Suite 122, Pegaxis House 61<br>Victoria Road<br>Surbiton<br>Surrey, UK KT6 4JX | XCEL Energy:Sherburne<br>13999 Industrial Boulevard<br>Becker, MN 55308-8842 |
| YRC, Inc<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 361345<br>Columbus, OH 43236-1345 | c/o Markus Williams Young & Zimmermann<br>Donald D. Allen<br>1700 Lincoln Street, Suite 4550<br>Denver, CO 80203-4509 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

(d)Internal Revenue Service
Mail Stop 5027 DEN
1999 Broadway
Denver, CO 80202

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Timothy M. Swanson
1400 16th St.
6th Floor
Denver, CO 80202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)AMCOL International Corporation                (u)Altira Group LLC                        (u)Brownstein Hyatt Farber Schreck, LLP

(u)Colloid Environmental Technologies Company     (u)Kendall, Koenig & Oelsner PC            (u)LBA Realty Fund III - Company III, LLC, a

(u)Minerals Technologies Inc.                     (u)New Venture Partners                    (d)Ohio Lumex Co., Inc.
                                                                                             9263 Ravenna Rd
                                                                                             Unit A-3
                                                                                             Twinsburg, OH 44087-2450

(u)Synthesis Intellectual Property, LLC           End of Label Matrix
                                                  Mailable recipients   106
                                                  Bypassed recipients    10
                                                  Total                 116