# POST CONFIRMATION QUARTERLY REPORT

**DEBTOR:** Novinda Corp

**CASE NO.** 16-13083-EEB   **FOR QUARTER ENDED:** 6/30/2018

## SUMMARY OF DISBURSEMENTS MADE DURING QUARTER:

| | | |
|---|---|---:|
| 1 | CASH BALANCE, BEGINNING OF QUARTER | $ 10,506.75 |
| 2 | CASH RECEIPTS DURING QUARTER FROM ALL SOURCES | $ 436,524.00 |
| 3 | CASH DISBURSEMENTS DURING QUARTER, INCLUDING PLAN PAYMENTS | ( $ 4,279.66 ) |
| 4 | CASH BALANCE, END OF QUARTER | $ 442,751.09 |

## SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:

| | Paid During Quarter | Total Paid to Date | Total Pyts. Projected Under Plan |
|---|---:|---:|---:|
| **1 ADMINISTRATIVE EXPENSES** | | | |
| Plan Trustee Compensation | $ 2,500.00 | $ 37,500.00 | $ 75,000.00 |
| Plan Trustee Expense | | $ 107.88 | |
| Attorney Fees - Trustee | | $ 180,342.25 | $ 1,890,062.25 |
| Attorney Fees - Debtor | | $ 424,922.20 | $ 424,922.20 |
| Other Professionals | $ 450.00 | $ 32,106.74 | $ 469,886.74 |
| Other Administrative Expenses | $ 28.00 | $ 6,444.63 | $ 26,552.51 |
| TOTAL ADMINISTRATIVE EXPENSES | $ 2,978.00 | $ 681,423.70 | $ 2,886,423.70 |
| **2 SECURED CREDITORS** | $ - | $ - | $ - |
| **3 PRIORITY CREDITORS** | | $ 40,440.96 | $ 40,440.96 |
| **4 UNSECURED CREDITORS** | $ - | $ 2,216.85 | $ 2,216.85 |
| **5 EQUITY SECURITY HOLDERS** | $ - | $ - | $ - |
| **6 Attach additional sheets as necessary** | $ - | $ - | $ - |
| **TOTAL PLAN PAYMENTS** | $ 2,978.00 | $ 724,081.51 | $ 2,929,081.51 * |

| | | Date | Check No. |
|---|---:|---:|---:|
| **QUARTERLY FEE PAID:** | $ 975.00 | 4/23/2018 | 1331 |
| | $ 326.66 | 6/4/2018 | 1332 |

## PLAN STATUS:

| | | Yes | No |
|---|---|:---:|:---:|
| 1 | Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.) | X | |
| 2 | Are all post-confirmation obligations current? (If no, attach explanation.) | X | |
| 3 | Projected date of application for final decree: 6/30/2019 | | |

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

Attach additional sheets as necessary

By: Thomas M. Kim
Reorganized Debtor
Plan Administrator
Title

Email & Phone: tkim@r2llc.com   303-865-8460

# Wells Fargo Business Choice Checking

Account number:  ▇▇▇▇2534  ■  April 1, 2018 - April 30, 2018  ■  Page 1 of 4



NOVINDA CORP
1350 17TH ST STE 206
DENVER CO 80202-1525

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (163)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Access complimentary resources and tools to help you create or revise your business plan - whether you're an experienced business owner or just starting out. Find out more at wellsfargoworks.com/plan.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

Business Online Banking ✓
Online Statements ✓
Business Bill Pay ✓
Business Spending Report ✓
Overdraft Protection ☐

## Activity summary

| | |
|---|---:|
| Beginning balance on 4/1 | $10,506.75 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 3,925.00 |
| **Ending balance on 4/30** | **$6,581.75** |
| Average ledger balance this period | $7,975.08 |

Account number:  ▇▇▇▇2534

**NOVINDA CORP**

*Colorado account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  102000076

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(163)
Sheet Seq = 0009898
Sheet 00001 of  00002

Account number: ████2534    ■ April 1, 2018 - April 30, 2018    ■ Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/5 | 1329 | Check | | 2,500.00 | 8,006.75 |
| 4/23 | 1331 | Check | | 975.00 | 7,031.75 |
| 4/24 | 1330 | Check | | 450.00 | 6,581.75 |
| **Ending balance on 4/30** | | | | | **6,581.75** |
| **Totals** | | | **$0.00** | **$3,925.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1329 | 4/5 | 2,500.00 | 1330 | 4/24 | 450.00 | 1331 | 4/23 | 975.00 |

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2018 - 04/30/2018 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $7,975.00 ☑ |
| · A qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · A qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| - Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☐ |
|    - Average ledger balances in business checking, savings, and time accounts | | |
|    - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | |
|    - For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 7 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | |

WX/WX

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 3 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

# Wells Fargo Business Choice Checking

Account number:  ▇▇▇▇▇2534  ■  May 1, 2018 - May 31, 2018  ■  Page 1 of 4



NOVINDA CORP
1350 17TH ST STE 206
DENVER CO 80202-1525

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (163)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Access complimentary resources and tools to help you create or revise your business plan - whether you're an experienced business owner or just starting out. Find out more at wellsfargoworks.com/plan.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---:|
| Beginning balance on 5/1 | $6,581.75 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 14.00 |
| **Ending balance on 5/31** | **$6,567.75** |
| Average ledger balance this period | $6,581.75 |

Account number:  ▇▇▇▇▇2534
**NOVINDA CORP**
*Colorado account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN):  102000076

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/31 | | Monthly Service Fee | | 14.00 | 6,567.75 |
| **Ending balance on 5/31** | | | | | **6,567.75** |
| **Totals** | | | **$0.00** | **$14.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2018 - 05/31/2018 | Standard monthly service fee $14.00 | You paid $14.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $6,582.00 ☐ |
| · A qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · A qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| - Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☐ |
|    - Average ledger balances in business checking, savings, and time accounts | | |
|    - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | |
|    - For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 7 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | |

WX/WX

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

# Wells Fargo Business Choice Checking

Account number:  ▇▇▇▇▇2534  ■  June 1, 2018 - June 30, 2018  ■  Page 1 of 4



NOVINDA CORP
1350 17TH ST STE 206
DENVER CO 80202-1525

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (163)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Access complimentary resources and tools to help you create or revise your business plan - whether you're an experienced business owner or just starting out. Find out more at wellsfargoworks.com/plan.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---:|
| Beginning balance on 6/1 | $6,567.75 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 340.66 |
| **Ending balance on 6/30** | **$6,227.09** |
| Average ledger balance this period | $6,273.75 |

Account number:  ▇▇▇▇▇2534

**NOVINDA CORP**

*Colorado account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  102000076

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number:  ▇▇▇▇▇▇2534   ■   June 1, 2018 - June 30, 2018   ■   Page 2 of 4



---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/4 | 1332 | Check | | 326.66 | 6,241.09 |
| 6/29 | | Monthly Service Fee | | 14.00 | 6,227.09 |
| **Ending balance on 6/30** | | | | | **6,227.09** |
| **Totals** | | | **$0.00** | **$340.66** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written**   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount |
|---|---|---|
| 1332 | 6/4 | 326.66 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2018 - 06/30/2018 | Standard monthly service fee $14.00 | You paid $14.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $6,274.00 ☐ |
| · A qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · A qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| - Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☐ |
|    - Average ledger balances in business checking, savings, and time accounts | | |
|    - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | |
|    - For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 7 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
WX/WX

---

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 1 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Corporate Banking Statement**
**June 30, 2018**
page 1 of 3

82123967

26 13 CO02990008 T   968 00000 R EM AO
COLORADO LAWYER TRUST ACCOUNT FOUNDATION
BROWNSTEIN HYATT FARBER SCHRECK, LLP
COLTAF TRUST ACCOUNT
410 17TH ST
DENVER CO 80202-4402

*Questions or comments?*
*Call  1-800-821-2829*

COLORADO LAWYER TRUST ACCOUNT FOUNDATION
BROWNSTEIN HYATT FARBER SCHRECK, LLP
COLTAF TRUST ACCOUNT

## Additions

| Deposits | Date | Serial # | Source | | |
|---|---|---|---|---|---|
| | 6-20 | 6930 | Wire Deposit | Cf Novi Lfa Llc  3378 | 436,524.00 |

82123967 - 00618
5891