**Local Bankruptcy Form 3022-1.3**
**Final Decree (Chapter 11 Business Debtor)**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: <br><br> NOVINDA CORP., <br><br> Debtor. | Bankruptcy Case No. 16-13083 (EEB) <br><br> Chapter 11 |

## FINAL DECREE
### (Chapter 11 Business Debtor)

The estate of the above-named debtor having been fully administered, it is

    ORDERED that the chapter 11 case of the above-named debtor is hereby closed.

DATED this 20th day of June, 2023.    BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown
United States Bankruptcy Judge